No. 1012. FREEMAN *v.* UNITED STATES. June 1, 1936. Petition for writ of certiorari to the Circuit Court of

·Appeals for the Second Circuit denied. *Mr. Louis Halle* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Wm. W. Barron* for the United States.